AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida ▼

| | |
|---|---|
| JOBETE MUSIC COMPANY, INC., W CHAPPELL CORP. d/b/a WC MUSIC CORP., and CURTIS A JONES d/b/a CURTIS A JONES MUSIC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> DELRAY HOTEL OWNER LLC, GLENN ALBA, and SUNJU PATEL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   9:26-cv-80719-EA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DELRAY HOTEL OWNER LLC
c/o UNIVERSAL REGISTERED AGENTS, INC., REGISTERED AGENT
1317 CALIFORNIA ST.
TALLAHASSEE, FL 32304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FREDERICK D. PAGE
BISHOP & PAGE PLLC
510 N. JULIA STREET
JACKSONVILLE, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:     Jun 17, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JOBETE MUSIC COMPANY, INC., W CHAPPELL CORP. d/b/a WC MUSIC CORP., and CURTIS A JONES d/b/a CURTIS A JONES MUSIC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> DELRAY HOTEL OWNER LLC, GLENN ALBA, and SUNJU PATEL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   9:26-cv-80719-EA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> GLENN ALBA
> 2385 NW EXECUTIVE CENTER DR., STE. 240
> BOCA RATON, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> FREDERICK D. PAGE
> BISHOP & PAGE PLLC
> 510 N. JULIA STREET
> JACKSONVILLE, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jun 17, 2026

Angela E. Noble
Clerk of Court

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida  ▾

| | |
|---|---|
| JOBETE MUSIC COMPANY, INC., W CHAPPELL CORP. d/b/a WC MUSIC CORP., and CURTIS A JONES d/b/a CURTIS A JONES MUSIC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> DELRAY HOTEL OWNER LLC, GLENN ALBA, and SUNJU PATEL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  9:26-cv-80719-EA |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> SUNJU PATEL
> 2385 NW EXECUTIVE CENTER DR., STE. 240
> BOCA RATON, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> FREDERICK D. PAGE
> BISHOP & PAGE PLLC
> 510 N. JULIA STREET
> JACKSONVILLE, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jun 17, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court